# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                    CASE NO. 808CR295-T-EAK-TGW

DEMETRIUS TERRELL ANDREWS
_____/

## ORDER

      This cause comes before the Court on notice from the Office of the Federal Defender that it has satisfied the requirements set forth in the Court's *Omnibus Order In Re: Amendment 782, United States Sentencing Guidelines*, 6:14-MC-78-ORL-22 ("Omnibus Order"), and notification that the office will not be filing a Motion for Sentence Reduction under Amendment 782 on behalf of Defendant Andrews as to the retroactive application of revised sentencing guidelines (Doc. 90).  The Defendant in this case has not filed his own motion and memorandum in support of a reduction in sentence under Amendment 782.  The Court will allow the Defendant to file a motion requesting a reduction before it determines the matter.  Accordingly, it is.

      **ORDERED** that defendant has up to and including July 17, 2015 to file a motion and memorandum in support of his contention that his sentence should be reduced. The government is directed to file a response to any filings within fifteen days of the date of filing. The Court will rule on the issue as soon as possible after that date.

      **DONE AND ORDERED** in Chambers in Tampa, Florida this 19th day of May, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record